[Nos. 31372-0-I; 31248-1-I.  Division One.  December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON A. LANDRY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ANTHONY RUBINO, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 92-8-01410-8, Richard M. Ishikawa, J., entered August 3, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Forrest and Baker, JJ.

[No. 28480-1-I.  Division One.  December 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS WALKER, *Defendant*, LEO BARRYMORE ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03050-1, Arthur E. Piehler, J., entered May 14, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 31451-3-I.  Division One.  December 6, 1993.]

DAVID W. SANDELL, *Respondent*, v. SAN JUAN COUNTY BOARD OF ADJUSTMENT, *Appellant*.

DONALD BROWN, ET AL, *Respondents*, v. SAN JUAN COUNTY, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for San Juan County, Nos. 91-2-05077-6, 91-2-05078-4, Richard L. Pitt, J., entered September 10, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.